Same case below, 385 Fed. Appx. 340.

**No. 10-7059. Edelmiro Cesario, Petitioner v. New York.**

562 U.S. 1073, 131 S. Ct. 670, 178 L. Ed. 2d 499, 2010 U.S. LEXIS 9090.

November 29, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, First Judicial Department, denied.

Same case below, 71 App. Div. 3d 587, 900 N.Y.S.2d 4.

**No. 10-7084. Victor Sanjurjo-Nunez, Petitioner v. United States.**

562 U.S. 1073, 131 S. Ct. 670, 178 L. Ed. 2d 499, 2010 U.S. LEXIS 9167.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 613 F.3d 18.

**No. 10-7063. Ruben Sanavia-Arellano, Petitioner v. United States.**

562 U.S. 1073, 131 S. Ct. 670, 178 L. Ed. 2d 499, 2010 U.S. LEXIS 9285.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 387 Fed. Appx. 770.

**No. 10-7096. Charles Edward Sparkman, Petitioner v. United States.**

562 U.S. 1073, 131 S. Ct. 670, 178 L. Ed. 2d 499, 2010 U.S. LEXIS 9162.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 385 Fed. Appx. 413.

**No. 10-7065. Ronald Andrew Romero, Petitioner v. Wyoming.**

562 U.S. 1073, 131 S. Ct. 670, 178 L. Ed. 2d 499, 2010 U.S. LEXIS 9322.

November 29, 2010. Petition for writ of certiorari to the Supreme Court of Wyoming denied.

Same case below, 233 P.3d 951.

**No. 10-7100. Miguel Encarnacion-Montero, Petitioner v. United States.**

562 U.S. 1073, 131 S. Ct. 671, 178 L. Ed. 2d 499, 2010 U.S. LEXIS 9435.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-7080. Pioquinto Penaloza-Banos, Petitioner v. United States.**

562 U.S. 1073, 131 S. Ct. 670, 178 L. Ed. 2d 499, 2010 U.S. LEXIS 9378.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-7101. Brian Daniels, Petitioner v. Willie L. Eagleton, Warden.**

562 U.S. 1073, 131 S. Ct. 671, 178 L. Ed. 2d 499, 2010 U.S. LEXIS 9118.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 385 Fed. Appx. 341.